**Order issued July 2, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00905-CR
No. 05-14-00906-CR

**DONTE LAMONT ROSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F-1325715-U and F-1325716-U**

## ORDER

Before Chief Justice Wright, Justice Brown, and Justice Stoddart

Based on the Court's opinion of this date, we **GRANT** the motion of Julie Woods for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Donte Lamont Rose, No. 01942614, Middleton Transfer Facility, 13055 FM 3522, Abilene, Texas 79601.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE